UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HICKEY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DANIEL PARAMO,<br><br>　　　　　Respondent. | No. 2:13-cv-2627 KJN P<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se and in forma pauperis. On February 18, 2014, petitioner was directed to show cause why his petition should not be dismissed based on his failure to exhaust state court remedies. On March 13, 2014, petitioner filed an amended petition in which he claims the California Supreme Court rejected his filing. Accordingly, the order to show cause is discharged.

Because petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's amended habeas petition.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The order to show cause (ECF No. 7) is discharged;

2. Respondent is directed to file a response to petitioner's amended habeas petition within sixty days from the date of this order. See Rule 4, 28 U.S.C. foll. § 2254. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the

1

petition. See Rule 5, 28 U.S.C. foll. § 2254;

3. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

4. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fourteen days thereafter; and

5. The Clerk of the Court shall serve a copy of this order, the form Consent to Proceed Before a United States Magistrate Judge, and a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

Dated: April 2, 2014

/hick2627.100

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE